United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARDENAS ENTERPRISES INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-078 |
| | § | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL

Plaintiff Cardenas Enterprises Inc. filed a Notice of Nonsuit (Doc. 10), voluntarily dismissing all claims asserted in this action without prejudice. The Notice meets the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i). As a result, the Notice dismisses Plaintiff Cardenas Enterprises Inc.'s causes of action without court order.

Except as agreed upon by the parties, each party will bear its own attorney's fees and costs.

The Clerk of Court is directed to close this matter.

Signed on July 17, 2023.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge